**No. 25-1159**  **September Term, 2025**

**DOE-202-25-3**
**DOE-202-25-7**

**Filed On:** February 18, 2026

People of the State of Michigan,
    Petitioner

v.

United States Department of Energy and
Christopher A. Wright, Secretary, United
States Department of Energy,
    Respondents

------------------------------

Midcontinent Independent System Operator,
Inc. and Consumers Energy Company,
    Intervenors

------------------------------

Consolidated with 25-1160, 25-1162

---

**No. 25-1198**

Sierra Club, et al.,
    Petitioners

v.

United States Department of Energy and
Christopher A. Wright, in his official capacity
as Secretary of Energy,
    Respondents

------------------------------

Consumers Energy Company,
    Intervenor

------------------------------

Consolidated with 25-1202, 25-1254

**BEFORE:** Henderson, Pillard, and Pan, Circuit Judges

# O R D E R

Upon consideration of the motion to consolidate No. 25-1159, et al., and No. 25-1198, et al., the responses thereto, and the reply; the motion to hold No. 25-1198, et al., in abeyance and the responses thereto; and the motion for an extension of time to file the respondents' brief in No. 25-1159, et al., the response thereto, and the reply, it is

**ORDERED** that the motion to consolidate be denied. It is

**FURTHER ORDERED** that the motion to hold No. 25-1198, et al., in abeyance be granted and that No. 25-1198, et al., be held in abeyance pending further order of the court. The parties in No. 25-1198, et al., are directed to file motions to govern future proceedings within 30 days after this court's resolution of No. 25-1159, et al. It is

**FURTHER ORDERED** that the following revised briefing schedule will apply to No. 25-1159, et al.:

| | |
|---|---|
| Respondents' Brief | March 17, 2026 |
| Respondent-Intervenors' Briefs | March 17, 2026 |
| Petitioners' Reply Briefs | April 7, 2026 |
| Joint Appendix | April 7, 2026 |
| Final Briefs | April 10, 2026 |

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk